LESLIE F. SCHREITZ, defendant below, plaintiff in error, *vs.* STATE OF DELAWARE, plaintiff below, defendant in error.

*Justice of Peace—Construction of Chap. 128. Sec. 21, Rev. Code.*

The record of a Justice of the Peace, in a case of conviction of trespass, must show that the Justice fined the defendant an amount not exceeding five dollars and costs. Judgment will be reversed if the record shows that the Justice imposed a fine simply of costs,

(*October 2, 1897.*)

LORE, C. J., and GRUBB and PENNEWILL, J. J., sitting.
*Martin B. Burris* for the defendant below.
*P. L. Cooper, Jr.*, Deputy Attorney-General, and *John H. Rodney*, for the State.

Superior Court, New Castle County, September Term, 1897.

CERTIORARI to Charles H. Salmon a Justice of the Peace in and for New Castle County.

The record sent up by the Justice was in part as follows:

" And now to wit, this 12th day of April A. D. 1897, after hearing the allegations and proofs of T. H. Gilpin, plaintiff, C. F. Crockett and Benjamin Wilson, witnesses, I, the said justice, do adjudge the said Leslie F. Schreitz, defendant, guilty of tres-

pass, and do fine said Leslie F. Schreitz the costs of suit and place him under one hundred dollars bail for one year to keep the peace. Costs, $4.80.''

*Mr. Burris* filed a number of exceptions to the above record, the one relied upon being as follows:

'' *First.* The record below, as returned, shows a judgment entered against Leslie F. Schreitz adjudging him 'guilty of trespass,' and imposing upon him a fine of 'costs of suit,' whereas, the statute upon which this action below was brought, being a penal statute, and must be followed strictly, provides that the justice finding a person thereunder charged, guilty, 'shall, for each offence, impose a fine of not more than five dollars and costs.'''

*Mr. Cooper* contended that the Judgment of the justice was within the statute; that he was authorized thereby to fine the defendant five dollars, also to fine him in addition thereto the costs, whether they be five dollars or five hundred dollars; and that he could either fine him the "five dollars and costs" or the costs alone.

LORE, C. J:—We cannot construe that clause of the statute (*Sec. 21, Chap. 128, Rev. Code*) in the disjunctive; it is clearly in the conjunctive. The Justice must impose a fine, not exceeding five dollars, and costs.

Let the judgment be reversed.